THE BROOME COUNTY FARMERS' FIRE RELIEF ASSOCIATION et al., Appellants, *v.* NEW YORK STATE ELECTRIC AND GAS CORPORATION, Respondent.

(Argued April 17, 1934; decided April 27, 1934.)

*Ray T. Hackett* and *Harry S. Travis* for appellants.
*George G. Coughlin* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.